

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00509-CR

Elizabeth Ann **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9024B
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 14, 2021.

_____
Lori I. Valenzuela, Justice